# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DIANA LYNN ROBINSON, | Case No: 2:13-cv-06746-AJW |
| Plaintiff | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Having approved the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

IT IS ORDERED that judgment is entered in the above-captioned matter in accordance with the Order Of Remand.

May 13, 2014

_[signature]_

THE HONORABLE ANDREW J. WISTRICH
United States Magistrate Judge

-1-