Marc V. Kalagian
Attorney at Law: 149034
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Attorneys for Plaintiff
Diane Lynn Robinson

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE LYNN ROBINSON, <br><br> Plaintiff, <br><br> vs. <br><br> CAROLYN W. COLVIN Acting Commissioner of Social Security, <br><br> Defendant | Case No.: CV 13-6746-BRO (AJW) <br><br> ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,900.00 as authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

June 24, 2014

*(signature)*

_____
THE HONORABLE ANDREW J. WISTRICH
UNITED STATES MAGISTRATE JUDGE